# Staunton

WILLIAM C. RHINES, AN INFANT, BY WILLIAM C. RHINES, SR., HIS NEXT FRIEND v. N. S. BOND.

September 22, 1932.

Present, Campbell, C. J., and Holt, Epes, Gregory and Browning, JJ.

*William H. Werth,* for the plaintiff in error.

*O. M. Vicars,* for the defendant in error.

PER CURIAM.

This case is controlled by the opinion of the court in the case of *Hubert Rhines* v. *N. S. Bond, ante,* p. 279, 165 S. E. 515.

*Affirmed.*